■ JERRY BLONDER, Appellant, v. ANNA M. PATERNO et al., Defendants, and BEN FABRIKANT, Respondent.— Plaintiff appeals from an order vacating and setting aside a previous order granted pursuant to section 781 of the Civil Practice Act, which order restrained the Marine Midland Trust Company of New York from removing or permitting the removal of an oil painting, and directed said trust company to retain possession thereof until the further order of the court. Order affirmed, with $10 costs and disbursements. The record presented is entirely insufficient to establish that there was any abuse or improvident exercise of discretion by the Special Term. Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ., concur.

■ MARIE C. BYRNE et al., Respondents, v. CHARLES ISAACSON et al., Doing Business as ISAACSON & SONS, et al., Appellants.— In an action to recover damages for personal injuries and for loss of services and for medical expenses, the appeal is from a judgment entered on a jury verdict in favor of respondents. Judgment reversed and a new trial granted, with costs to abide the event. In our opinion the verdict is against the weight of the credible evidence both as to the issue of negligence and as to the issue of contributory negligence. Wenzel, Beldock, and Ughetta, JJ., concur; Nolan, P. J., and Hallinan, J., dissent and vote to affirm.

■ EAST FLATBUSH DEVELOPMENT CORP., Respondent, v. CORNELIUS DONAVAN et al., Defendants and ROBERT SIEGEL, Appellant.— In an action to foreclose transfers of tax liens, the appeal is from so much of an order as, *inter alia*, grants respondent leave to readvertise for sale nine parcels of real property purchased by appellant at the foreclosure sale and to hold him liable for any deficiency resulting from such resale, and denies appellant's cross motion to be relieved of his purchase of said property and for return of his down payment. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur. [3 Misc 2d 55.]